AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thacker, Stephanie D. | U.S. Court of Appeals for the Fourth Circuit | 4/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Robert C. Byrd United States Courthouse
300 Virginia Street, East
Room 7404
Charleston, West Virginia 25301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Teacher - Mini Course | Univeristy of Georgia School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 4/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | University of Georgia School of Law - Teaching Income | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Georgia School of Law | February 17-22, 2020 | Athens, GA | Teaching Advocacy Mini Course | Compensation; lodging; air fare; some meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 4/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Blackrock HighYield Bond Fund BHYIX | A | Dividend | J | T | Buy | 01/15/20 | J | | |
| 2. | | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 3. | | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 4. | | | | | | Buy | 04/15/20 | J | | |
| 5. | | | | | | Buy | 08/12/20 | J | | |
| 6. | Combiar International CAMYX | A | Dividend | K | T | Buy | 01/15/20 | J | | |
| 7. | | | | | | Buy | 03/17/20 | J | | |
| 8. | | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 9. | | | | | | Buy | 08/12/20 | J | | |
| 10. | Clearbridge Large Cap SBLYX | A | Dividend | L | T | Buy | 01/15/20 | J | | |
| 11. | | | | | | Buy | 03/17/20 | J | | |
| 12. | | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 13. | | | | | | Sold<br>(part) | 08/12/20 | J | C | |
| 14. | Delaware Corporate Bond Fund DGCIX | A | Dividend | K | T | Sold<br>(part) | 01/15/20 | J | A | |
| 15. | | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 16. | | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 17. | | | | | | Buy | 04/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thacker, Stephanie D.** | 4/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy | 08/12/20 | J | | |
| 19. Diamond Hill Large Cap Fund DHLRX | A | Dividend | K | T | Sold<br>(part) | 01/15/20 | J | A | |
| 20. | | | | | Buy | 03/17/20 | J | | |
| 21. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 22. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 23. Edgewood Growth Fund EGFIX | A | Dividend | K | T | Buy | 01/15/20 | J | | |
| 24. | | | | | Buy | 03/17/20 | J | | |
| 25. | | | | | Buy | 04/15/20 | J | | |
| 26. | | | | | Sold<br>(part) | 08/12/20 | J | C | |
| 27. Harding Loevner International HLMIX | A | Dividend | K | T | Buy | 01/15/20 | J | | |
| 28. | | | | | Buy | 03/17/20 | J | | |
| 29. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 30. | | | | | Buy | 08/12/20 | J | | |
| 31. Hartford Schroders Emerging Fund SEMNX | A | Dividend | J | T | Buy | 01/15/20 | J | | |
| 32. | | | | | Buy | 03/17/20 | J | | |
| 33. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 34. | | | | | Sold<br>(part) | 08/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. JP Morgan Equity Income | B | Dividend | L | T | Sold (part) | 01/15/20 | J | A | |
| 36. | | | | | Buy | 03/17/20 | J | | |
| 37. | | | | | Sold (part) | 04/15/20 | J | | |
| 38. | | | | | Buy | 08/12/20 | J | | |
| 39. PGIM Short Term PIFZX | A | Dividend | J | T | Sold (part) | 01/15/20 | J | A | |
| 40. | | | | | Sold (part) | 03/12/20 | J | A | |
| 41. | | | | | Sold (part) | 03/17/20 | J | A | |
| 42. | | | | | Buy | 04/15/20 | J | | |
| 43. | | | | | Buy | 08/12/20 | J | | |
| 44. Pimco International Bond | A | Dividend | J | T | Buy | 01/15/20 | J | | |
| 45. | | | | | Sold (part) | 03/12/20 | J | A | |
| 46. | | | | | Sold (part) | 03/17/20 | J | A | |
| 47. | | | | | Buy | 04/15/20 | J | | |
| 48. | | | | | Buy | 08/12/20 | J | | |
| 49. T Rowe Price US Treasury PRTIX | A | Dividend | K | T | Sold (part) | 01/15/20 | J | A | |
| 50. | | | | | Sold (part) | 03/12/20 | K | B | |
| 51. | | | | | Sold (part) | 03/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thacker, Stephanie D.** | 4/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy | 04/15/20 | J | | |
| 53. | | | | | Buy | 08/12/20 | J | | |
| 54.   TCW Total Return TGLMX | A | Dividend | K | T | Buy | 01/15/20 | J | | |
| 55. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 56. | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 57. | | | | | Buy | 04/15/20 | J | | |
| 58. | | | | | Buy | 08/12/20 | J | | |
| 59.   Wells Fargo Special ESPNX | A | Dividend | J | T | Buy | 01/15/20 | J | | |
| 60. | | | | | Buy | 03/17/20 | J | | |
| 61. | | | | | Buy | 04/15/20 | J | | |
| 62. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 63.   Wells Fargo Small WSCGX | A | Dividend | J | T | Buy | 01/15/20 | J | | |
| 64. | | | | | Buy | 03/17/20 | J | | |
| 65. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 66. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 67.   Putnam Ultra Short PSDYX | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 68. | | | | | Sold<br>(part) | 03/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thacker, Stephanie D.** | 4/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy | 04/15/20 | J | | |
| 70. | | | | | Buy | 08/12/20 | J | | |
| 71. BlackRock Liquidity Fund TSTXX | A | Dividend | J | T | Sold<br>(part) | 01/15/20 | J | A | |
| 72. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 73. | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 74. | | | | | Buy | 08/12/20 | J | | |
| 75. Bank of America Savings FDIC | A | Interest | K | T | | | | | |
| 76. JP Morgan Equity Income OIEJX | A | Dividend | J | T | Sold<br>(part) | 08/10/20 | J | A | |
| 77. | | | | | Sold<br>(part) | 09/09/20 | J | A | |
| 78. | | | | | Sold<br>(part) | 10/09/20 | J | A | |
| 79. | | | | | Sold<br>(part) | 11/09/20 | J | A | |
| 80. | | | | | Sold<br>(part) | 12/09/20 | J | A | |
| 81. American Tax Exempt Bond Fund TFEBX | A | Dividend | J | T | Sold<br>(part) | 12/10/20 | J | A | |
| 82. Hartford Dividend & Growth HDGFX | A | Dividend | J | T | Sold<br>(part) | 12/10/20 | J | A | |
| 83. Hartford International Opportunities IHOFX | A | Dividend | J | T | Sold<br>(part) | 12/10/20 | J | A | |
| 84. Hartford Midcap HMDFX | A | Dividend | J | T | Sold<br>(part) | 12/10/20 | J | A | |
| 85. JP Morgan Emerging Markets JEMWX | A | Dividend | J | T | Sold<br>(part) | 12/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MFS Municipal Income MPMNX | A | Dividend | J | T | Sold (part) | 12/10/20 | J | A | |
| 87. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 4/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephanie D. Thacker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544